**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re ) | Case No: 21-01608 |
| ) | |
| Leonard Drake, ) | Chapter: 7 |
| Debtor. ) | |
| ) | Judge: Hon. A. Benjamin Goldgar |

## NOTICE OF MOTION

**TO: See attached service list**

PLEASE TAKE NOTICE that on March 24, 2021 at 9:30 a.m., or soon thereafter as I may be heard, I shall appear before the Honorable A. Benjamin Goldgar, or any judge sitting in that judge's place, and present the motion of Specialized Loan Servicing, LLC, as servicing agent for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-WMC2, Mortgage Pass-Through Certificates, Series 2006-WMC2 ("Movant"), to Modify the Automatic Stay, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 500 0972 and the password is 726993. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (**2**) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

BONIAL & ASSOCIATES, P.C.

4151-N-0011

/s/ Wesley T. Kozeny
Wesley T. Kozeny / # 6199471
12400 Olive Blvd, Suite 555
St. Louis, Missouri 63141
Phone: (314) 991-0255
Fax: (314) 991-6755
ILBK@BonialPC.com
Attorney for Specialized Loan Servicing, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this notice and the attached motion was served on each entity shown on the attached list at the address shown and by the method indicated on the list on <u>February 17, 2021</u>.

          Respectfully Submitted

          /s/ Wesley T. Kozeny
          Wesley T. Kozeny

### Service List:

**Debtor's Attorney**            *via Electronic Notice via CM/ECF*
David M. Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL  60090

**Chapter 7 Trustee**            *via Electronic Notice via CM/ECF*
Philip V. Martino
300 N. LaSalle, Suite 4000
Chicago, Illinois 60654

**US Trustee**            *via Electronic Notice via CM/ECF*
Office of the U.S.Trustee
219 S. Dearborn St., Room 873
Chicago, Illinois 60604

**Debtor**            *via U.S. Mail*
Leonard  Drake
5805 S. Winchester
Chicago, IL 60636

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re | ) Case No: 21-01608 |
| Leonard Drake, | ) Chapter: 7 |
| Debtor(s). | ) Judge: Hon. A. Benjamin Goldgar |

**MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT**

COMES NOW Specialized Loan Servicing, LLC as servicing agent for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-WMC2, Mortgage Pass-Through Certificates, Series 2006-WMC2, its subsidiaries, affiliates, predecessors in interest, successors and/or assigns ("Movant"), through the undersigned counsel, pursuant to Federal Rules of Bankruptcy Procedure 4001 and 9014, and states as follows in support of its Motion herein:

*REQUIRED STATEMENT (Form G-4) IS ANNEXED HERETO AND FILED HEREWITH AS REQUIRED BY LOCAL RULE 4001-1*

1. On February 05, 2021, the Debtor, above-named, filed a voluntary petition in Bankruptcy under Title 11, Chapter 7, U.S.C., in the United States Bankruptcy Court, for the Northern District of Illinois.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 151, 157 and 1334 and applicable local rules. This is a core proceeding pursuant to 28 U.S.C. Section 157(b)(2). Venue is proper in this District under 28 U.S.C. Section 1409(a).

3. The Debtor, Leonard Drake, ("Obligor(s)") is indebted to Movant pursuant to a Promissory Note (the "Debt Obligation"). A copy of the Debt Obligation is attached hereto and incorporated herein as <u>Exhibit A</u>. Movant is entitled to enforce the Debt Obligation.

4. As security for repayment of the Debt Obligation the Obligor(s) have pledged certain collateral described as <u>5805 South Winchester Avenue, Chicago, IL 60636</u> ("Collateral"). A copy of the proof of perfection of Movant's interest is in the Collateral ("Security Interest") is attached hereto and incorporated herein as <u>Exhibit B</u>.

5. All rights and remedies under the Debt Obligation and Security Interest have been assigned to the Movant. To the extent such assignment is not otherwise included in the Debt Obligation or Security Interest, the assignment(s) are attached hereto and incorporated herein, along with any modifications of the Debt Obligation, as group <u>Exhibit C</u> ("Assignment(s)").

6. Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor, has been duly indorsed, or Creditor, directly or through an agent has possession of the promissory note and may enforce the promissory note as a transferee in possession. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust. If the original promissory note is lost or destroyed, then Creditor will seek to prove the promissory note using a lost note affidavit.

7. As of February 15, 2021, the outstanding indebtedness owed to Movant less any partial payments or suspense balance is $99,487.15.

8. As of February 15, 2021, the value of the Collateral is $58,156.00. The basis for this value is Debtor's Schedule A/B.

4151-N-0011

9.  The following chart sets forth the number and amount of contractual payments due pursuant to the terms of the Debt Obligation that have been missed by the Debtor as of February 15, 2021:

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Missed Payments |
|---|---|---|---|---|
| 4 | 11/01/2019 | 02/01/2020 | $536.01 | $2,144.04 |
| 12 | 03/01/2020 | 02/01/2021 | $482.58 | $5,790.96 |
| Less partial payments (suspense balance): | | | | ($133.91) |
| Total: | | | | $11,420.44 |

10. The address to which payments are to be made to Servicer as agent for Movant is:

>   Specialized Loan Servicing LLC
>   6200 S. Quebec St.
>   Greenwood Village, Colorado 80111

11. The Collateral is burdensome to the Estate and is of inconsequential value and benefit to the Estate. As such, Movant is entitled to an Order directing the Trustee to abandon the Collateral pursuant to 11 U.S.C. §554(b).

12. Cause exists for relief from the automatic stay under 11 U.S.C. §362(d) for the following reasons:

>   a.  <u>11 U.S.C. §362(d)(1)</u> - For cause in that payments required to be made by Obligors to Movant are not being made as required by the Debt Obligation.
>
>   b.  <u>11 U.S.C. §362(d)(2)(A) & (B)</u> - Debtor enjoys no equity in the Collateral and the Collateral is not necessary for an effective reorganization.

WHEREFORE, Movant prays that this Court issue an Order:

1. Terminating or modifying the stay imposed by 11 U.S.C. 362(a) allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies in and to the Collateral.

2. That the Order be binding and effective despite any conversion of the bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3. For an Order of Abandonment pursuant to 11 U.S.C. §554(b).

4. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

5. For such other relief as the Court deems proper.

Dated: February 17, 2021

BONIAL & ASSOCIATES, P.C.

/s/ Wesley T. Kozeny
Wesley T. Kozeny / # 6199471
12400 Olive Blvd, Suite 555
St. Louis, Missouri 63141
Phone: (314) 991-0255
Fax: (314) 991-6755
ILBK@BonialPC.com
Attorney for Specialized Loan Servicing, LLC

4151-N-0011