Form G-4

# REQUIRED STATEMENT
# TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

Debtor(s)  Leonard Drake                              Case No.  21-01608      Chapter 7

Moving Creditor  Specialized Loan Servicing, LLC as servicing agent for       Date Case Filed  02/05/2021

Nature of Relief Sought    ☑ Lift Stay    ☐ Annual Stay    ☑ Other (describe)  Abandon 554b

☐ No-Asset Report Filed on  _____
☑ No-Asset Report not Filed, Date of Creditors Meeting    03 / 03 / 2021

1. Collateral
   a.  ☑ Home
   b.  ☐ Car    Year, Make Model  _____
   c.  ☐ Other (describe)  _____

2. Balance Owed as of Petition Date    $99,487.15
   Total of all other Liens against Collateral  _____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)   $58,156.00

5. Default
   a.  ☑ Pre-Petition Default
       Number of months   11        Amount: $11,420.44

   b.  ☐ Post-Petition Default
       Number of months  _____     Amount: _____

       i.  ☐ On direct payments to the moving creditor
           Number of months _____   Amount: _____

       ii. ☐ On payments to the Standing Chapter 13 Trustee
           Number of months _____   Amount: _____

6. Other Allegations
   a.  ☑ Lack of Adequate Protection § 362(d)(1)
       i.   ☐ No insurance
       ii.  ☐ Taxes unpaid    Amount  _____
       iii. ☑ Rapidly depreciating asset
       iv.  ☐ Other (describe):  _____

   b.  ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c.  ☑ Other "Cause" § 362(d)(1)
       i.   ☐ Bad Faith (describe)  _____
       ii.  ☐ Multiple Filings
       iii. ☑ Other (describe):  No plan/proposal how to cure default

   d.  Debtor's Statement of Intention regarding the Collateral
       1. ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date:   February 17, 2021                                /s/ Wesley T. Kozeny
                                                         Counsel for Movant

4151-N-0011