UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 21-01608 |
|---|---|---|
| Leonard Drake, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING IN PART AND DENYING IN PART WITHOUT PREJUDICE MOTION TO
MODIFY THE AUTOMATIC STAY AND COMPEL ABANDONMENT**

This case coming on to be heard on the motion of Specialized Loan Servicing, LLC as servicing agent for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-WMC2, Mortgage Pass-Through Certificates, Series 2006-WMC2 and its successors and/or assigns to modify the stay and compel abandonment, due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

1. The motion is granted in part and denied in part without prejudice.

2. To the extent the motion seeks modification of the stay, the motion is granted. The stay is modified to permit Specialized Loan Servicing, LLC as servicing agent for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-WMC2, Mortgage Pass-Through Certificates, Series 2006-WMC2 and its successors and/or assigns to exercise its in rem non-bankruptcy rights as to property described as a 5805 South Winchester Avenue, Chicago, IL 60636.

3. To the extent the motion seeks to compel abandonment of the property, the motion is denied without prejudice.

4. Bankruptcy Rule 4001(a)(3) does not apply to this order.

Enter: *[signature]*

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: March 22, 2021

**Prepared by:**

BONIAL & ASSOCIATES, P.C.
Wesley T. Kozeny / # 6199471
12400 Olive Blvd, Suite 555
St. Louis, Missouri 63141
Phone: (314) 991-0255
Fax: (314) 991-6755
ILBK@BonialPC.com
Attorney for Movant